MOLLIE F. BENEDICT (SBN 187084)
E-Mail: mollie.benedict@tuckerellis.com
JOSHUA J. WES (SBN 238541)
E-Mail: joshua.wes@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendants ETHICON, INC.,
ETHICON LLC and JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PATRICIA ANN HILDERBRAND, an individual, CLINTON RONALD HILDERBRAND, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION; JOHNSON & JOHNSON; ETHICON, INC., ETHICON LLC; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:17-CV-06975-RGK-AS<br><br>**OBJECTION TO ARGUMENT RAISED FOR THE FIRST TIME IN PLAINTIFFS' REPLY BRIEF AND REQUEST FOR LEAVE TO FILE SUR-REPLY**<br><br>Date: November 27, 2017<br>Time: 9:00 a.m.<br>Courtroom: 850, 8th Floor<br><br>The Honorable R. Gary Klausner<br><br>[Filed concurrently with [Proposed] Sur-Reply Addressing New Argument Regarding the Voluntary/Involuntary Rule Raised for the First Time in Plaintiffs' Reply Brief, attached as Exhibit 1] |

Plaintiffs' Reply in Support of Motion to Remand, Doc. 21 ("Reply"), filed November 13, 2017, raises for the first time the argument that the "voluntary-involuntary rule" bars the removal of Plaintiffs' severed claims. Reply 1:10-13, 5:22-7:8. It is well-established that arguments raised for the first time in a reply brief need not be considered by the Court. *See Lujan v. National Wildlife Federation*, 497 U.S. 871, 894-895 (1990); *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007); *Ojo v. Farmers Group, Inc.*, 565 F.3d 1175, 1186, n.11 (9th Cir. 2009). Defendants object to consideration of this argument raised for the first time in Plaintiffs' reply brief. In the event the Court considers the late-raised argument, Defendants request leave to file the sur-reply, attached hereto as Exhibit 1, addressing Plaintiffs' argument concerning the "voluntary-involuntary rule."

DATED: November 16, 2017      Tucker Ellis LLP

By:   /s/ Joshua J. Wes
      Joshua J. Wes
      Attorneys for Defendants
      ETHICON, INC., ETHICON LLC, and
      JOHNSON & JOHNSON

1
OBJECTION TO ARGUMENT RAISED FOR THE FIRST TIME IN PLAINTIFFS' REPLY BRIEF AND REQUEST FOR LEAVE TO FILE SUR-REPLY

1315539.1

# **CERTIFICATE OF SERVICE**

I, Joshua J. Wes, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **November 16, 2017**, I served the following: **OBJECTION TO ARGUMENT RAISED FOR THE FIRST TIME IN PLAINTIFFS' REPLY BRIEF AND REQUEST FOR LEAVE TO FILE SUR-REPLY** on the interested parties in this action by:

**(X)** **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X)  I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

Executed on **November 16, 2017**, at Los Angeles, California.

/s/ Joshua J. Wes

Joshua J. Wes